IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | No. 3:22-CR-9-CAR-CHW-7 |
| | : | |
| STACEY COLLINS, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER ON MOTION TO CONTINUE**

Before the Court is the Defendant Stacey Collins' Motion to Continue [Doc. 195] the pretrial conference in this case presently scheduled for July 21, 2022, and the trial, which is set to begin on August 8, 2022, in Athens, Georgia. On April 12, 2022, the Grand Jury returned a multi-defendant, multi-count indictment charging Defendant with conspiracy to possess with intent to distribute methamphetamine, possession with intent to distribute methamphetamine, and possession of a firearm in furtherance of a drug trafficking crime. On June 16, 2022, Defendant was arrested, appointed counsel, pled not guilty at her arraignment, and ordered detained pending trial. This is Defendant's first request for a continuance, and the Government does not oppose it.

In the Motion, defense counsel represents that additional time is needed to receive the voluminous discovery in this case, review discovery, and prepare for trial. Having considered the matter, the Court finds it serves the ends of justice to grant Defendant and

1

her counsel adequate time to address these matters. The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation could result in a miscarriage of justice.  Thus, Defendant's Motion to Continue Trial [Doc. 195] is **GRANTED**, and **IT IS HEREBY ORDERED** that this case be continued until the October 24, 2022 term of Court for the Athens Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

    **SO ORDERED,** this 12th day of July, 2022.

                                        s/ C. Ashley Royal  
                                        C. ASHLEY ROYAL, SENIOR JUDGE  
                                        UNITED STATES DISTRICT COURT